UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW TORO,

                Plaintiff,

- against -

TOUCHSTONE HOME PRODUCTS, INC.,

                Defendant.

---

23-cv-2986 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The time to respond to the complaint is extended to **June 5, 2023.** If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **June 19, 2023.** If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            May 22, 2023

                                      John G. Koeltl
                                  United States District Judge